**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | |
|---|---|
| State Automobile Insurance, Company (f/k/a Meridian Mutual Insurance Company), | ) ) ) ) |
| Plaintiff, | ) **ORDER GRANTING STIPULATION** ) **FOR DISMISSAL WITH PREJUDICE** |
| vs. | ) ) |
| Bob Miller, Darla Miller, William T. Lester d/b/a Lester Homebuilding & Remodeling a/k/a Lester & Lester, | ) ) Case No. 1:06-cv-087 ) ) ) |
| Defendants. | ) |

On March 26, 2007, the parties filed a pleading entitled "Stipulation for Dismissal with Prejudice." The Court **ADOPTS** the stipulation in its entirety. (Docket No. 15). The case shall be dismissed with prejudice and on its merits and without costs or disbursements to any party.

**IT IS SO ORDERED.**

Dated this 27th day of March, 2007.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court